UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 12-05661 SJO (JEMx)     **DATE:** October 17, 2012

**TITLE:** Lear Capital Inc v. Marisa Sambeat Scheff et al

====================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                    Not Present
Courtroom Clerk                  Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                       Not Present

====================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case filed by Plaintiff Lear Capital Inc[9] on 8/28/12. Accordingly, the Court Orders this matter dismissed pursuant to the STIPULATION to Dismiss.