JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 12-05661 SJO (JEMx)     **DATE:** October 17, 2012

**TITLE:** Lear Capital Inc v. Marisa Sambeat Scheff et al

================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                        Not Present
Courtroom Clerk                      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case filed by Plaintiff Lear Capital Inc[9] on 8/28/12. Accordingly, the Court Orders this matter dismissed pursuant to the STIPULATION to Dismiss.